# CIVIL MINUTES – GENERAL

| No. | 2:17-CV-02495-ODW-JCx | Date | March 20, 2018 |
|---|---|---|---|
| Title | *Hugo Esqueda v. Chevron Stations Inc., et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**          **In Chambers**

On March 20, 2018, Plaintiff filed a Notice of Voluntary Dismissal of Entire Action without Prejudice. (ECF No. 22.) No defendant has appeared, and thus the Court **DISMISSES** this action **without prejudice**. Fed. R. Civ. P. 41(a). The Clerk shall close this case.

**IT IS SO ORDERED.**

                                               :    00

Initials of Preparer    SE